FOR THE

~~UNITED STATES~~ DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF NEW YORK

**12 CV 9142**

Mandel T. Brock

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

~~CASH~~ CASE CASH, LLC

Greg (owner) L.N.U.; John + Jane

Does 1-13; Michael Lumer, Esq.

_____

_____

_____

_____

**COMPLAINT**

Jury Trial:  ☒ Yes    ☐ No

(check one)

RECEIVED

DEC 14 2012

PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   Mandel Brock

Street Address   58 Mother Gaston Blvd.,

County, City   Brooklyn

State & Zip Code   New York

Telephone Number   347-715-8504

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name   CASE CASH, LLC

Street Address   520 8th AVENUE

*Rev. 05/2010*

County, City _New York_____
State & Zip Code _New York  10018 - 4141_
Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

&#9746; Federal Questions          &#9744; Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Violation of Bankruptcy laws: "a creditor is not permitted to file or continue a lawsuit, to attach wages or other property or to take 'any action' to collect a discharged debt_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____
      _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  *New York County*

B.  What date and approximate time did the events giving rise to your claim(s) occur?  *May 2010*

C.  Facts:  *In or around May 2010 complainant, Mandel T. Brock, did borrow money from CASE CASH as a cash advance. Thereafter, in June 2011 complainant did file for bankruptcy and include the loan from CASE CASH.*

*All of complainant's debts were discharged including CASE CASH LLC. Thereafter, in December of 2012 complainant did receive a settlement and CASE CASH is attempting to collect on a discharged debt in violation of a court order and in violation of THE BANKRUPTCY ACT OF the United States. Defendant Greg DOE stated: "I DONT CARE ABOUT YOUR BANKRUPTCY, I WANT MY MONEY." (This was recorded).*

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

IV.  **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *My settlement is approximately $10,000. Pain and suffering, extreme mental anguish. From pending eviction.*

*Rev. 05/2010*

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *Order declaring that CASH CASE CASH LLC et. al are violating TIFE BankRuptcy Act and further ordering them to cease and desist at once. Ordering them to pay the statutory penalty, to complainant, Mandel T. Brock, for violating the Act. And attach to hazard bond of all attorneys and legal involved. entities involved-*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of December, 20 12

Signature of Plaintiff _____

Mailing Address 58. Mother Gaston Blvd, # 3 Brooklyn, New York _____

Telephone Number 347-715-8504

Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Southern District of New York
### Case No. 11−13044−mg
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mandel T. Brock
    aka Mandela Brock, aka Mandela Shabazz,
    aka Shaheed Shabazz
    1990 Adam Clayton Powell Jr. Blvd.
    Apt. #2B
    New York, NY 10026

Last four digits of Social−Security or other Individual Taxpayer−Identification No(s)(if any):
    xxx−xx−0570

Employer Tax−Identification No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: May 2, 2012

Martin Glenn
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                           Case No.  11-13044-mg
Mandel T. Brock                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1        User: kcappiell        Page 1 of 2        Date Rcvd: May 02, 2012
                           Form ID: b18            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2012.
```
db          +Mandel T. Brock,   1990 Adam Clayton Powell Jr. Blvd.,   Apt. #2B,   New York, NY 10026-1220
ust         +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
5577199      APOLLO GROUP,   4615 E. ELMWOOD STREET,   PHOENIX, AZ 85040-1908
5577206     +CASE CASH, LLC,   520 8TH AVENUE, SUITE 900,   NEW YORK, NY 10018-4141
5693401     +Civil CT: NYC/Judgment,   111 Centre Street,   New York, NY 10013-4390
5577207     +NYS DIVISION OF CORPORATIONS,   99 WASHINGTON AVENUE,   ALBANY, NY 12231-0001
5577201     +PAUL MICHAEL MARKETING,   186-15 UNION TPKE,   FLUSHING, NY 11366-1733
5577204     +UNIQUE NATIONAL COLLECTIONS,   119 E MAPLE STREET,   JEFFERSONVILLE, IN 47130-3439
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5577197     +EDI: ARROW.COM May 02 2012 19:08:00      ARROW FINANCIAL SERVICES,   5996 W TOUHY AVENUE,
              NILES, IL 60714-4610
5577200     +EDI: PINNACLE.COM May 02 2012 19:08:00      PINNACLE FINANCIAL GROUP,   7825 WASHINGTON AVENUE,
              MINNEAPOLIS, MN 55439-2411
5577202     +EDI: PHINRJMA.COM May 02 2012 19:08:00      RJM ACQUISITIONS LLC,   575 UNDERHILL BOULEVARD,
              SYOSSET, NY 11791-4437
5611054      EDI: RECOVERYCORP.COM May 02 2012 19:09:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
5577205     +EDI: SALMAESERVICING.COM May 02 2012 19:08:00      SALLIE MAE,   P.O. BOX 9635,
              WILKES-BARRE, PA 18773-9635
5577203     +EDI: TDBANKNORTH.COM May 02 2012 19:08:00      TD BANK,   P.O. BOX 219,   LEWISTON, ME 04243-0219
5577198     +EDI: WFFC.COM May 02 2012 19:08:00      WELLS FARGO LOANS,   800 WALNUT STREET,
              DES MOINES, IA 50309-3891
                                                                                      TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5693402      ##Midland Funding,   227 W Trade Street - Suite 1610,   Charlotte, NC 28202-1676
                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2012                          Signature:  *Joseph Speetjens*

District/off: 0208-1          User: kcappiell          Page 2 of 2                    Date Rcvd: May 02, 2012
                             Form ID: b18             Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2012 at the address(es) listed below:
          Richard E. O'Connell   macrhi@verizon.net,  NY07@ecfcbis.com
                                                                              TOTAL: 1